# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1156**  **September Term, 2024**

FMC-21-11

Filed On: July 21, 2025 [2126326]

Hamburg Sudamerikanische
Dampfschifffahrts-Gesellschaft A/S & Co.
KG, et al.,

      Petitioners

    v.

Federal Maritime Commission,

      Respondent

## **O R D E R**

The petition for review in this case was filed and docketed on July 18, 2025, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | August 20, 2025 |
| Docketing Statement Form | August 20, 2025 |
| Procedural Motions, if any | August 20, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | August 20, 2025 |
| Statement of Issues to be Raised | August 20, 2025 |
| Underlying Decision from Which Appeal or Petition Arises | August 20, 2025 |
| Dispositive Motions, if any | September 4, 2025 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form (Attorneys Only) | August 20, 2025 |
| Procedural Motions, if any | August 20, 2025 |
| Certified Index to the Record | September 4, 2025 |
| Dispositive Motions, if any | September 4, 2025 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Elbert B.J. Lestrade
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program (Optional)
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases (Optional)