# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-1156** | **September Term, 2024** |
| | FMC-21-11 |
| | Filed On: July 21, 2025 [2126330] |

Hamburg Sudamerikanische
Dampfschifffahrts-Gesellschaft A/S & Co.
KG, et al.,

       Petitioners

    v.

Federal Maritime Commission,

       Respondent

## **N O T I C E**

    This case was docketed on July 18, 2025. The Federal Maritime Commission is hereby notified that the attached is a true copy of the petition for review, which was filed on July 18, 2025, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

    The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

                                                      **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                      BY:    /s/
                                                      Elbert B.J. Lestrade
                                                      Deputy Clerk

Attachment:
    Certified Copy of Petition for Review