# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Hamburg Sudamerikanische Dampfschifffa

v.

Federal Maritime Commission

**Case No:** 25-1156

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☒ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☒ Appellee(s)/Respondent(s) ☐ Intervenor(s) ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Federal Maritime Commission

### Counsel Information

Lead Counsel: Phillip "Chris" Hughey

Direct Phone: (202) 579-1184  Fax: ( ) -   Email: phughey@fmc.gov

2nd Counsel: Daniel Bassett

Direct Phone: (202) 523-5802  Fax: ( ) -   Email: dbassett@fmc.gov

3rd Counsel: Harry Summers

Direct Phone: (202) 523-5722  Fax: ( ) -   Email: hsummers@fmc.gov

Firm Name: Federal Maritime Commission

Firm Address: 800 North Capitol Street, NW, Washington DC, 20573

Firm Phone: (202) 523-5740  Fax: ( ) -   Email: GeneralCounsel@fmc.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)