# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-1156**                                  **September Term, 2025**

**FMC-21-11**

**Filed On:** January 9, 2026

Hamburg Sudamerikanische Dampfschifffahrts-Gesellschaft A/S & Co. KG, et al.,

      Petitioners

      v.

Federal Maritime Commission and United States of America,

      Respondents

------------------------------

OJ Commerce LLC,
      Intervenor

------------------------------

Consolidated with 25-1179

**BEFORE:** Millett, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to exceed word limit and extend briefing schedule, it is

**ORDERED** that the following revised briefing schedule and format will now apply in these consolidated cases:

| | |
|---|---|
| Respondents' Brief<br>(not to exceed 17,000 words) | February 12, 2026 |
| Hamburg Südamerikanische Dampfschiffahrts-Gesellschaft Intervenor-Respondent's Brief<br>(not to exceed 4,550 words) | February 19, 2026 |

# United States Court of Appeals
**For The District of Columbia Circuit**

_____

| | |
|---|---|
| **No. 25-1156** | **September Term, 2025** |

| | |
|---|---|
| OJ Commerce, LLC<br>Intervenor-Respondent's Brief<br>(not to exceed 4,550 words) | February 19, 2026 |
| Hamburg Südamerikanische<br>Dampfschiffahrts-Gesellschaft's<br>Reply Brief<br>(not to exceed 5,000 words) | March 20, 2026 |
| OJ Commerce, LLC's<br>Reply Brief<br>(not to exceed 5,000 words) | March 20, 2026 |
| Deferred Appendix | March 27, 2026 |
| Final Briefs | April 3, 2026 |

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:  /s/
       Selena R. Gancasz
       Deputy Clerk